DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REHABILITATION CENTER AT HOLLYWOOD HILLS, LLC,** and
**LARKIN COMMUNITY HOSPITAL, INC.,**
Appellants,

v.

**MANUEL FERNANDEZ,** As Personal Representative of the **ESTATE OF
MANUEL M. MENDIETA,**
Appellee.

No. 4D20-711

[August 6, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Patti Englander Henning, Judge; L.T. Case No. 17-017383 CACE (26).

Dorothy F. Easley of Easley Appellate Practice PLLC, Miami; and Julie W. Allison of Julie W. Allison, P.A., Hollywood, for appellants.

Paul Jon Layne and Carlos E. Silva of Silva & Silva, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***